AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York ▼

| | |
|---|---|
| BuzzFeed, Inc. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. Department of Justice | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No. 17-cv-07949

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Nabiha Syed
Matthew Schafer
BuzzFeed, Inc.
111 E 18th St., 14th Floor
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   10/16/2017

/s/ K.Lopez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Department of Justice

was received by me on *(date)*  10/17/2017   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   Pursuant to FRCP 4(i), I served the summons and complaint on Oct. 17, 2017 by certified mail on the U.S. Department of Justice at:  Office of the U.S. Attorney Civil Process Clerk One St. Andrews Plaza New York, NY 10007; U.S. Department of Justice Attorney General of the United States 950 Pennsylvania Avenue, NW Washington, DC 20530-0001; U.S. Department of Justice  Office of the Inspector General 950 Pennsylvania Avenue, N.W., Suite 4706 Washington, D.C. 20530-0001

My fees are $    0    for travel and $    0    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   10/18/2017

_____
*Server's signature*

Linnie Belcher
_____
*Printed name and title*

111 E 18th St., 14th Floor
New York, NY 10003
_____
*Server's address*

Additional information regarding attempted service, etc: