# EXHIBIT 1

| | |
|---|---|
| **From:** | Zoe Tillman |
| **To:** | OIGFOIA (OIG) |
| **Subject:** | BuzzFeed News Freedom of Information Act request |
| **Date:** | Tuesday, May 16, 2017 3:37:23 PM |

Zoe Tillman
BuzzFeed News
1630 Connecticut Avenue NW, 7th Floor
Washington, DC 20009
202-602-1705
zoe.tillman@buzzfeed.com

May 16, 2017

To Whom It May Concern:

Pursuant to the federal Freedom of Information Act, I request access to and/or copies of the full report by the Office of the Inspector General related to the Investigative Summary published on OIG's website on May 16, 2017, entitled: "Finding of Misconduct by a Former United States Attorney for Having an Inappropriate Relationship With a Subordinate."

I request a copy of the full report that was provided by OIG to the relevant Justice Department components.

Please waive any applicable fees. Release of the information is in the public interest because it will contribute significantly to the public's understanding of government operations and activities. In particular, the report will shed light on a senior-level Justice Department official who was found to have engaged in an inappropriate relationship with a subordinate. It would also provide information about an assistant US attorney who was found to have made inadvertent errors on his or her financial disclosure form.

Given the finding by the Office of the Inspector General, the public has an interest in learning about the attorneys involved, the behavior at issue, and the resolution of the investigation.

If my request is denied in whole or part, I ask that you justify all deletions by reference to specific exemptions of the act. I will also expect you to release all segregable portions of otherwise exempt material.

I reserve the right to appeal your decision to withhold any information or to deny a waiver of fees. As I am making this request as a journalist and this information is of timely value, I would appreciate your communicating with me by telephone or e-mail, rather than by mail, if you have questions regarding this request.

I look forward to your reply.

Sincerely,
Zoe Tillman

--
**Zoe Tillman | BuzzFeed News | Reporter**

O: 202-602-1705 | M: 202-316-3406 | @zoetillman
1630 Connecticut Avenue NW, 7th Floor, Washington, DC 20009