# EXHIBIT 3

# LIST OF EXHIBITS

1. Predicating information.
2. Memorandum of Investigation (MOI) dated ▇▇▇▇ regarding the interview of ▇▇▇▇ ▇▇▇▇ with attachments.
3. MOIs both dated ▇▇▇▇ regarding the telephonic interviews of ▇▇▇▇ with attachment.
4. MOI dated ▇▇▇▇ regarding the interview of ▇▇▇▇
5. MOI dated ▇▇▇▇ regarding the analysis of ▇▇▇▇ and ▇▇▇▇ computer logs; without attachments 1 and 2.
6. MOI dated ▇▇▇▇ regarding the analysis of ▇▇▇▇ and ▇▇▇▇ training history; without attachment 1.
7. MOI dated ▇▇▇▇ regarding the analysis of ▇▇▇▇ and ▇▇▇▇ appraisals and bonus history; without attachment 1.
8. MOI dated ▇▇▇▇ regarding the analysis of ▇▇▇▇ and ▇▇▇▇ travel records; without attachment 1.
9. MOI dated ▇▇▇▇ regarding the review of ▇▇▇▇ and ▇▇▇▇ official e-mails.
10. MOI dated ▇▇▇▇ regarding the review of ▇▇▇▇ and ▇▇▇▇ official Blackberry and LYNC logs; with attachments.
11. Transcript dated ▇▇▇▇ regarding the recorded interview of ▇▇▇▇
12. MOI dated ▇▇▇▇ regarding the telephonic interview of ▇▇▇▇
13. MOI dated ▇▇▇▇ regarding the second recorded interview of ▇▇▇▇ with attachments.
14. MOI dated ▇▇▇▇ regarding the receipt of e-mail from ▇▇▇▇ with attachment.
15. Transcript dated ▇▇▇▇ regarding the first recorded interview of ▇▇▇▇ with attachment.
16. MOI dated ▇▇▇▇ regarding the second recorded interview of ▇▇▇▇ with attachments.
17. Transcripts dated ▇▇▇▇ and ▇▇▇▇ regarding the first and third recorded interviews of ▇▇▇▇ with attachment.
18. MOI dated ▇▇▇▇ regarding the second recorded interview of ▇▇▇▇ with

---

**U.S. Department of Justice**
Office of the Inspector General

Page: 13 of 14
Case Number: ▇▇▇▇
Date: May 1, 2017

attachments.

19. MOI dated ▉▉▉▉ regarding the telephonic recorded interview of ▉▉▉▉ with attachments.

20. MOI dated ▉▉▉▉ regarding the attempted telephonic interview of ▉▉▉▉ with attachment.

21. MOI dated ▉▉▉▉ regarding the recorded interview of ▉▉▉▉ with attachments.

22. MOI dated ▉▉▉▉ regarding the recorded interview of ▉▉▉▉ with attachments.

23. MOI dated ▉▉▉▉ regarding the receipt of e-mail from ▉▉▉▉ with attachment.

24. MOI dated ▉▉▉▉ regarding the telephonic recorded interview of ▉▉▉▉ with attachments.

25. MOI dated ▉▉▉▉ regarding the second telephonic interview of ▉▉▉▉ with attachments.

26. MOI dated ▉▉▉▉ regarding the telephonic recorded interview of ▉▉▉▉ with attachments.

27. MOI dated ▉▉▉▉ regarding the telephonic recorded interview of ▉▉▉▉ with attachments.

28. MOI dated ▉▉▉▉ regarding the telephonic recorded interview of ▉▉▉▉ with attachments.

29. MOI dated ▉▉▉▉ regarding the telephonic recorded interview of ▉▉▉▉ with attachments.

30. MOI dated ▉▉▉▉ regarding the telephonic recorded interview of ▉▉▉▉ with attachments.

31. MOI dated ▉▉▉▉ regarding the telephonic recorded interview of ▉▉▉▉ with attachments.

32. Transcript dated ▉▉▉▉ regarding the recorded interview of ▉▉▉▉

33. ▉▉▉▉ response dated ▉▉▉▉

