AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| BUZZFEED, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:17-cv-07949-VSB |
| DEPARTMENT OF JUSTICE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, BuzzFeed, Inc.

Date: 03/13/2019

/s/ Anand Swaminathan
*Attorney's signature*

Anand Swaminathan, Bar No. 4511770
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
*Address*

anand@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*