

**U.S. Department of Justice**

*United States Attorney
Southern District of New York*

---

*86 Chambers Street
New York, New York 10007*

March 19, 2019

**VIA ECF**
Honorable Vernon S. Broderick
United States District Court Judge
United States Courthouse
40 Foley Square
New York, NY 10007

                RE:    *Buzzfeed, Inc. v. Department of Justice*, 17 Civ. 7949 (VSB)

Dear Judge Broderick:

      This Office represents defendant Department of Justice (the "Government") in the above-captioned FOIA action. I write respectfully to request that the Court extend the Government's time to comply with the Court's Opinion and Order, dated March 11, 2019 (the "Order") by 30 days from April 12 to May 13. The current order provides the Government slightly more than 30 days to comply with the Order, Dkt. 30 at 20, but the Government has 60 days to file a notice of appeal from the Order, 28 U.S.C. § 2107(b). Under the current schedule, the Government would have to seek a stay pending appeal or release the information that would be the subject of any appeal, potentially before the Government had finalized its decision regarding an appeal. The proposed extension harmonizes the date of compliance with the date for noticing an appeal. The plaintiff consents to the extension of time.

      We thank the Court for its consideration of this letter request.

                                          Respectfully,

                                          GEOFFREY S. BERMAN
                                          United States Attorney
                                          Southern District of New York

                   By:     /s/*Arastu K. Chaudhury*
                                          ARASTU K. CHAUDHURY
                                          Assistant United States Attorney
                                          Tel.: (212) 637-2633
                                          arastu.chaudhury@usdoj.gov

                                          *Attorney for the Department of Justice*

CC: All other counsel of record (via ECF)