APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   4/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BUZZFEED, INC.,

       Plaintiff,

v.                                                                                    Case No. 17-cv-7949

U.S. DEPARTMENT OF JUSTICE,

       Defendant.

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiff respectfully requests that the briefing deadlines on Defendant's motion to reconsider be moved back by two weeks to allow for discussions between the parties about potentially resolving Defendant's motion without the need for a decision from the Court. Defendant consents to this motion.

Dated:  April 18, 2019

RESPECTFULLY SUBMITTED,

/s/ Anand Swaminathan

Anand Swaminathan
LOEVY & LOEVY
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607
Tel:  (312) 243-5900
Fax: (312) 243-5902
anand@loevy.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Anand Swaminathan, an attorney, hereby certify that on April 18, 2019, I caused Plaintiff's Unopposed Motion for Extension of Time to be served on all counsel of record via the CM/ECF system.

*/s/ Anand Swaminathan*